B1 (Official Form 1)(12/11)

| **United States Bankruptcy Court**<br>**Middle District of Florida** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**McKathan, James David** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**McKathan, Kaylynn Hayman** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**AKA David McKathan; AKA M & H Training and Sales;**<br>**AKA Grassroots Training and Sales** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**AKA Martha K Hayman; AKA Martha Kaylynn Hayman;**<br>**AKA Kaylynn Hayman McKathan; AKA M& H Training and**<br>**Sales** |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all):<br>**xxx-xx-1961** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all):<br>**xxx-xx-6381** |
| Street Address of Debtor (No. and Street, City, and State):<br>**5582 N.W. 61st Avenue**<br>**Ocala, FL**                ZIP Code **34482** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**13401 West Highway 316**<br>**Reddick, FL**                ZIP Code **32686** |
| County of Residence or of the Principal Place of Business:<br>**Marion** | County of Residence or of the Principal Place of Business:<br>**Marion** |
| Mailing Address of Debtor (if different from street address):<br>**P. O. Box 772881**<br>**Ocala, FL**                ZIP Code **34477** | Mailing Address of Joint Debtor (if different from street address):<br>                ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| **Type of Debtor**<br>(Form of Organization) (Check one box)<br>■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | **Nature of Business**<br>(Check one box)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | **Chapter of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box)<br>☐ Chapter 7          ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 9               of a Foreign Main Proceeding<br>☐ Chapter 11        ☐ Chapter 15 Petition for Recognition<br>■ Chapter 12              of a Foreign Nonmain Proceeding<br>☐ Chapter 13 |
|---|---|---|
| **Chapter 15 Debtors**<br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts,       ■ Debts are primarily<br>defined in 11 U.S.C. § 101(8) as              business debts.<br>"incurred by an individual primarily for<br>a personal, family, or household purpose." |

| **Filing Fee** (Check one box)<br>■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Chapter 11 Debtors**<br>Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
|---|---|

| **Statistical/Administrative Information**<br>■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(12/11)                                                                                                    **Page 2**

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**McKathan, James David**<br>**McKathan, Kaylynn Hayman** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐  Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>   Signature of Attorney for Debtor(s)              (Date) |
|---|---|

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐  Yes, and Exhibit C is attached and made a part of this petition.<br><br>■  No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>■  Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>■  Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes) |
|---|
| ☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>            _____<br>            (Name of landlord that obtained judgment)<br><br><br><br>            _____<br>            (Address of landlord)<br><br>☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1)(12/11)                                                                                                 Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**McKathan, James David**
**McKathan, Kaylynn Hayman**

### Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ James David McKathan**
Signature of Debtor **James David McKathan**

X **/s/ Kaylynn Hayman McKathan**
Signature of Joint Debtor **Kaylynn Hayman McKathan**

Telephone Number (If not represented by attorney)

**January 18, 2013**
Date

### Signature of Attorney*

X **/s/ Richard A. Perry**
Signature of Attorney for Debtor(s)

**Richard A. Perry 394520**
Printed Name of Attorney for Debtor(s)

**Richard A. Perry, Attorney at Law**
Firm Name
**820 East Fort King Street**
**Ocala, FL 34471-2320**

Address

**Email: richardperry@richard-a-perry.com**
**352-732-2299  Fax: 1-352-458-4297**
Telephone Number

**January 18, 2013**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Middle District of Florida

In re    **James David McKathan**
**Kaylynn Hayman McKathan**

Debtor(s)

Case No. _____

Chapter   **12**  _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

    ■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

    ☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

    ☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ James David McKathan**
                                    **James David McKathan**

Date:    **January 18, 2013**

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Middle District of Florida

In re  **James David McKathan**
**Kaylynn Hayman McKathan**

Debtor(s)

Case No. _____

Chapter  **12**

# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

      ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

      ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

      ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ Kaylynn Hayman McKathan**
                             **Kaylynn Hayman McKathan**

Date:    **January 18, 2013**

B6A (Official Form 6A) (12/07)

In re    **James David McKathan,**
         **Kaylynn Hayman McKathan**
                                                          ,
                              Debtors

Case No. _____

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Parcel 1**<br>**13401 West Highway 316**<br>**Reddick, Florida 32686**<br>**Parcel ID # 05863-001-03**<br>**Deed recorded in Official Record Book 2288 at Page 0151, Marion County, Florida.** | **Fee Simple** | **H** | **399,758.00** | **852,184.08** |
| **Parcel 2**<br>**17400 N.W. 120th Terrace Road**<br>**Reddick, Florida 32686**<br>**Parcel ID # 0197-008-001**<br>**Deed recorded in Official Record Book 2536 at Page 0067 Marion County, Florida.** | **Fee Simple** | **H** | **175,968.00** | **676,287.13** |
| **Parcel 3**<br>**17405 N.W. 120th Terrace Road**<br>**Reddick, Florida 32686**<br>**Parcel ID # 0197-008-000**<br>**Deed recorded in Official Record Book 3889 at Page 0243, Marion County, Florida** | **Tenancy by the Entireties** | **J** | **198,683.00** | **476,445.69** |
| **Parcel 4**<br>**4775 N.W. 61st Lane**<br>**Ocala, Florida 34482**<br>**Parcel ID # 1352-001-016**<br>**Deed recorded in Official Record Book 3778 at Page 0260, Marion County, Florida.**<br>**(Debtor wife owns this property with her mother, Karen Hayman)** | **Tenants in Common** | **W** | **62,428.00** | **53,159.21** |
| **Parcel 5**<br>**2680 N.E. 37th Place Road**<br>**Ocala, Florida 34479**<br>**Parcel ID # 15847-001-14**<br>**Deed recorded in Offical Record Book 3265 at Page 1324, Marion County, Florida.**<br>**(Debtor husband owns this property with his daughter and son.)** | **Joint Tenancy with Right of Survivorship** | **H** | **100,694.00** | **85,266.14** |

| | | |
|---|---|---|
| Sub-Total > | **937,531.00** | (Total of this page) |
| Total > | **937,531.00** | |

__0__   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re    **James David McKathan,**                                    Case No. _____
         **Kaylynn Hayman McKathan**
                                                        ,
                                    Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **0024** <br><br> **PNC Legal Department** <br> **249 5th Avenue** <br> **21st Floor** <br> **Pittsburgh, PA 15222** | | J | **Third Mortgage-Business Debt** <br> **Parcel 1** <br> **13401 West Highway 316** <br> **Reddick, Florida 32686** <br> **Parcel ID # 05863-001-03** <br> **Deed recorded in Official Record Book 2288 at Page 0151, Marion County, Florida.** | | | | | |
| | | | Value $                **399,758.00** | | | | **506,014.08** | **452,426.08** |
| Account No. **8925** <br><br> **Seterus** <br> **Bankruptcy Department** <br> **P.O. Box 4128** <br> **Beaverton, OR 97076-4128** | | H | 10/15/02 <br> **Mortgage** <br> **Parcel 5** <br> **2680 N.E. 37th Place Road** <br> **Ocala, Florida 34479** <br> **Parcel ID # 15847-001-14** <br> **Deed recorded in Offical Record Book 3265 at Page 1324, Marion County,** | | | | | |
| | | | Value $                **100,694.00** | | | | **85,266.14** | **0.00** |
| Account No. **6706** <br><br> **SunTrust Bank** <br> **Bankruptcy Department** <br> **P.O. Box 85041** <br> **Richmond, VA 23285-5041** | | | **Representing:** <br> **Seterus** | | | | **Notice Only** | |
| | | | Value $ | | | | | |
| Account No. **6406** <br><br> **Seterus** <br> **Bankruptcy Department** <br> **P.O. Box 4128** <br> **Beaverton, OR 97076-4128** | | J | **2012** <br> **First Mortgage** <br> **Parcel 1** <br> **13401 West Highway 316** <br> **Reddick, Florida 32686** <br> **Parcel ID # 05863-001-03** <br> **Deed recorded in Official Record Book 2288 at Page 0151, Marion County,** | | | | | |
| | | | Value $                **399,758.00** | | | | **223,607.00** | **0.00** |

**___3___** continuation sheets attached

Subtotal
(Total of this page)

**814,887.22**    **452,426.08**

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                                                Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re  **James David McKathan,**
       **Kaylynn Hayman McKathan**                              Case No. _____

_____,
                                   Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W | J | C | | | | | | |
| Account No. | | | | | | | | | | |
| **Kahane & Associates, P.A.** **8201 Peters Rd Ste 4100** **Fort Lauderdale, FL 33324-3267** | | | | | Representing: **Seterus** | | | | **Notice Only** | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| **SunTrust Bank** **Bankruptcy Department** **P.O. Box 85041** **Richmond, VA 23285-5041** | | | | | Representing: **Seterus** | | | | **Notice Only** | |
| | | | | | Value $ | | | | | |
| Account No. **0852** | | | | | Mortgage Parcel 4 4775 N.W. 61st Lane Ocala, Florida 34482 Parcel ID # 1352-001-016 Deed recorded in Official Record Book 3778 at Page 0260, Marion County, Florida. | | | | | |
| **Springleaf Financial Service** **200 N.E. 25th Avenue** **Ocala, FL 34470-7041** | | W | | | | | | | | |
| | | | | | Value $          62,428.00 | | | | 53,159.21 | 0.00 |
| Account No. **141** | | | | | October 22, 2012 First Mortgage-Business Debt Parcel 2 17400 N.W. 120th Terrace Road Reddick, Florida 32686 Parcel ID # 0197-008-001 Deed recorded in Official Record Book 2536 at Page 0067 Marion County, | | | | | |
| **SunTrust Bank** **P. O. Box 4418** **Atlanta, GA 30302** | | H | | | | | | | | |
| | | | | | Value $         175,968.00 | | | | 294,636.91 | 0.00 |
| Account No. | | | | | | | | | | |
| **Mychal J. Katz, Esq.** **Roetzel & Andress, LPA** **CNL Center II, 7th Floor** **420 S. Orange Avenue** **Orlando, FL 32801** | | | | | Representing: **SunTrust Bank** | | | | **Notice Only** | |
| | | | | | Value $ | | | | | |

Sheet _**1**_ of _**3**_ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)          347,796.12          0.00

B6D (Official Form 6D) (12/07) - Cont.

In re  **James David McKathan,**
　　　 **Kaylynn Hayman McKathan**

Case No. _____

_____ ,

Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **83** | | | October 22, 2012<br>Mortgage-Business Debt<br>Parcel 3<br>17405 N.W. 120th Terrace Road<br>Reddick, Florida 32686<br>Parcel ID # 0197-008-000<br>Deed recorded in Official Record Book<br>3889 at Page 0243, Marion County, | | | | | |
| **SunTrust Bank**<br>P. O. Box 4418<br>Atlanta, GA 30302 | | J | | | | | | |
| | | | Value $               198,683.00 | | | | 476,445.69 | 0.00 |
| Account No. | | | | | | | | |
| **Mychal J. Katz, Esq.**<br>**Roetzel & Andress, LPA**<br>**CNL Center II, 7th Floor**<br>**420 S. Orange Avenue**<br>**Orlando, FL 32801** | | | Representing:<br>SunTrust Bank | | | | Notice Only | |
| | | | Value $ | | | | | |
| Account No. **1968** | | | 9/27/06<br>Second Mortgage<br>Parcel 1<br>13401 West Highway 316<br>Reddick, Florida 32686<br>Parcel ID # 05863-001-03<br>Deed recorded in Official Record Book<br>2288 at Page 0151, Marion County, | | | | | |
| **SunTrust Bank**<br>**Bankruptcy Department**<br>P.O. Box 85041<br>Richmond, VA 23285-5041 | | J | | | | | | |
| | | | Value $               399,758.00 | | | | 122,563.00 | 0.00 |
| Account No. **26** | | | October 22, 2012<br>Second Mortgage-Business Debt<br>Parcel 2<br>17400 N.W. 120th Terrace Road<br>Reddick, Florida 32686<br>Parcel ID # 0197-008-001<br>Deed recorded in Official Record Book<br>2536 at Page 0067 Marion County, | | | | | |
| **SunTrust Bank**<br>P. O. Box 4418<br>Atlanta, GA 30302 | | J | | | | | | |
| | | | Value $               175,968.00 | | | | 381,650.22 | 381,650.22 |
| Account No. | | | | | | | | |
| **Mychal J. Katz, Esq.**<br>**Roetzel & Andress, LPA**<br>**CNL Center II, 7th Floor**<br>**420 S. Orange Avenue**<br>**Orlando, FL 32801** | | | Representing:<br>SunTrust Bank | | | | Notice Only | |
| | | | Value $ | | | | | |

Sheet __**2**__ of __**3**__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| 980,658.91 | 381,650.22 |
|---|---|

B6D (Official Form 6D) (12/07) - Cont.

In re **James David McKathan,**　　　　　　　　　　　　　　　　　Case No. _____
　　　　　**Kaylynn Hayman McKathan**
_____ ,
　　　　　　　　　　　　　　　　Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| Account No. **26** <br><br> **SunTrust Bank** <br> **P. O. Box 4418** <br> **Atlanta, GA 30302** | | | | J | **October 22, 2012** <br> **Second Mortgage-Business Debt** <br> **Parcel 3** <br> **17405 N.W. 120th Terrace Road** <br> **Reddick, Florida 32686** <br> **Parcel ID # 0197-008-000** <br> **Deed recorded in Official Record Book** <br> **3889 at Page 0243, Marion County,** | | | | | |
| | | | | | Value $　　　　　　**198,683.00** | | | | **0.00** | **0.00** |
| Account No. <br><br> **Mychal J. Katz, Esq.** <br> **Roetzel & Andress, LPA** <br> **CNL Center II, 7th Floor** <br> **420 S. Orange Avenue** <br> **Orlando, FL 32801** | | | | | **Representing:** <br> **SunTrust Bank** | | | | **Notice Only** | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |

Sheet __3__ of __3__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal <br> (Total of this page) | **0.00** | **0.00** |
|---|---|---|---|
| | Total <br> (Report on Summary of Schedules) | **2,143,342.25** | **834,076.30** |

B6E (Official Form 6E) (4/10)

.

In re    **James David McKathan,**                                                Case No. _____
            **Kaylynn Hayman McKathan**
_____ ,
                                    Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

_* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

**0** continuation sheets attached

B6F (Official Form 6F) (12/07)

In re    **James David McKathan,**
         **Kaylynn Hayman McKathan**                                    Case No. _____

                                          Debtors                      ,

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5477...**<br><br>**Advanta Credit Cards**<br>**P. O. Box 9217**<br>**Old Bethpage, NY 11804** | | H | **6/00**<br>**Credit Card-Business Debt** | | | | **11,210.00** |
| Account No.<br><br>**American Express**<br>**P.O. Box 360001**<br>**Ft. Lauderdale, FL 33336-0001** | | H | **1/6/12**<br>**Judgment** | | | X | **55,177.19** |
| Account No.<br><br>**Zwicker & Associates**<br>**10550 Deerwood Park Blvd.**<br>**Bldg. 300**<br>**Suite 300**<br>**Jacksonville, FL 32256** | | | **Representing:**<br>**American Express** | | | | **Notice Only** |
| Account No. **2370**<br><br>**Bank of America**<br>**P.O. Box 851001**<br>**Dallas, TX 75285-1001** | | J | **Credit Card-Business Debt** | | | | **7,949.44** |

___7___  continuation sheets attached

Subtotal
(Total of this page)    **74,336.63**

B6F (Official Form 6F) (12/07) - Cont.

In re    **James David McKathan,**
       **Kaylynn Hayman McKathan**                               Case No. _____

                                                       Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | | | | | |
| **Management Services Incorporated** P. O. Box 1099 Langhorne, PA 19047 | | | | | Representing: **Bank of America** | | | | **Notice Only** |
| Account No. **4264...** | | | | | 10/99 **Credit Card** | | | | |
| **Bank of America** P.O. Box 851001 Dallas, TX 75285-1001 | | J | | | | | | | **8,164.00** |
| Account No. **0299** | | | | | 2009 **Credit Card** | | | | |
| **Bank of America** P.O. Box 851001 Dallas, TX 75285-1001 | | J | | | | | | X | **Unknown** |
| Account No. | | | | | | | | | |
| **Northstar Location Services** 4285 Genesee Street Cheektowagna, NY 14225-1943 | | | | | Representing: **Bank of America** | | | | **Notice Only** |
| Account No. **2602** | | | | | Loan | | | | |
| **CCB Community Bank** 225 East Three Notch Street P. O. Box 518 Andalusia, AL 36420 | | H | | | | | | | **89,975.83** |

Sheet no. __1__ of __7__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

              Subtotal
       (Total of this page)      **98,139.83**

B6F (Official Form 6F) (12/07) - Cont.

In re    **James David McKathan,**    Case No. _____
      **Kaylynn Hayman McKathan**
_____,
                   Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **1467** <br><br> **Chase** <br> **P.O. Box 15153** <br> **Wilmington, DE 19886-5153** | | J | Credit Card | | | | 3,148.19 |
| Account No. **1467** <br><br> **Chase** <br> **Bankruptcy Department** <br> **P.O. Box 15145** <br> **Wilmington, DE 19850-5145** | | | Representing: Chase | | | | Notice Only |
| Account No. **1467** <br><br> **JPMorgan Chase** <br> **Legal Department** <br> **P.O. Box 9622** <br> **Deerfield Beach, FL 33442-9622** | | | Representing: Chase | | | | Notice Only |
| Account No. **8163** <br><br> **Citi** <br> **P.O. Box 6500** <br> **Sioux Falls, SD 57117-6500** | | J | Credit Card-Business Debt | | | | 15,326.83 |
| Account No. **8163** <br><br> **Citi Bank (South Dakota) N.A** <br> **701 E. 60th Street North** <br> **Sioux Falls, SD 57117-0432** | | | Representing: Citi | | | | Notice Only |

Sheet no. __**2**__ of __**7**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

             Subtotal (Total of this page)      **18,475.02**

B6F (Official Form 6F) (12/07) - Cont.

In re **James David McKathan,**
    **Kaylynn Hayman McKathan**
                                            ,

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **6362**<br><br>**Citi Cards**<br>**P.O. Box 182564**<br>**Columbus, OH 43218-2564** | | W | Credit Card | | | | **Unknown** |
| Account No. **30...**<br><br>**Community Bank & Trust**<br>**of Florida**<br>**P.O. Box 1570**<br>**Ocala, FL 34478-1570** | | H | 7/8/08<br>Loan | | | X | **8,386.00** |
| Account No. **1696**<br><br>**Discover**<br>**Bankruptcy Department**<br>**P.O. Box 6103**<br>**Carol Stream, IL 60197-6103** | | J | Credit Card-Business Debt | | | | **2,557.68** |
| Account No.<br><br>**Fasig-Tipton**<br>**2400 New Town Pike**<br>**Lexington, KY 40511** | | H | Services Rendered-Business Debt | | | | **Unknown** |
| Account No. **9678**<br><br>**Macy's**<br>**P.O. Box 689195**<br>**Des Moines, IA 50368-9195** | | W | Credit Card | | | | **64.35** |

Sheet no. __3__ of __7__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**11,008.03**

B6F (Official Form 6F) (12/07) - Cont.

In re   **James David McKathan,**                                    Case No. _____
        **Kaylynn Hayman McKathan**
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **9678** <br><br> **Citibank, N.A.** <br> **701 East 60th Street North** <br> **Sioux Falls, SD 57117** | | | | Representing: <br> Macy's | | | | **Notice Only** |
| Account No. **1647** <br><br> **Marion Heart Associates, P.A** <br> **1805 SE Lake Weir Avenue** <br> **Ocala, FL 34471-5426** | | H | | 11/28/11 <br> Medical Services | | | | **476.00** |
| Account No. **0305** <br><br> **Massey Services, Inc.** <br> **315 Groveland Street** <br> **Orlando, FL 32804-4052** | | J | | 2012 <br> Services Rendered | | | | **728.00** |
| Account No. **0305** <br><br> **Massey Services, Inc.** <br> **10 S.W. 49th Avenue** <br> **Building 2** <br> **Suite C&D** <br> **Ocala, FL 34474** | | | | Representing: <br> Massey Services, Inc. | | | | **Notice Only** |
| Account No. <br><br> **Midwest Feed & Farm** <br> **3352 N.W. Blitchton Road** <br> **Ocala, FL 34475** | | J | | Supplies-Business Debt | | | | **100,000.00** |

Sheet no. __4__ of __7__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**101,204.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **James David McKathan,**
    **Kaylynn Hayman McKathan**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **3341** <br><br> **Ocala Regional Medical Center P.O. Box 9940 Louisville, KY 40269-0400** | | H | | **12/31/11 Medical Services** | | | | **87.70** |
| Account No. <br><br> **West Asset Management, Inc. Bankruptcy Department P.O. Box 105698 Atlanta, GA 30348-5698** | | | | **Representing: Ocala Regional** | | | | **Notice Only** |
| Account No. <br><br> **West Asset Managment, Inc. P. O. Box 790113 Saint Louis, MO 63179-0113** | | | | **Representing: Ocala Regional** | | | | **Notice Only** |
| Account No. **1686...** <br><br> **Ocala Regional Medical Center P.O. Box 9940 Louisville, KY 40269-0400** | | H | | **10/2011 Medical Services** | | | | **10,346.00** |
| Account No. <br><br> **West Asset Management, Inc. Bankruptcy Department P.O. Box 105698 Atlanta, GA 30348-5698** | | | | **Representing: Ocala Regional** | | | | **Notice Only** |

Sheet no. __5__ of __7__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**10,433.70**

B6F (Official Form 6F) (12/07) - Cont.

In re   **James David McKathan,**
        **Kaylynn Hayman McKathan**
                                                                    Case No. _____
_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **1725...** <br><br> **Ocala Regional Medical Center P.O. Box 9940 Louisville, KY 40269-0400** | | H | | **10/2011** <br> **Medical Services** | | | | **125.00** |
| Account No. <br><br> **West Asset Management, Inc. Bankruptcy Department P.O. Box 105698 Atlanta, GA 30348-5698** | | | | **Representing: Ocala Regional** | | | | **Notice Only** |
| Account No. <br><br> **Peterson & Smith Equine Hospital, LLC 4747 SW 60th Avenue Ocala, FL 34474** | X | H | | **September 28, 2010** <br> **Judgment-Business Debt** | | | | **94,335.00** |
| Account No. <br><br> **Mateer & Harbert, P.A. 7 E. Silver Springs Blvd. STE 500 7 East Silver Springs Blvd. Ocala, FL 34470-6603** | | | | **Representing: Peterson & Smith** | | | | **Notice Only** |
| Account No. **365....** <br><br> **Sheridan ER Physicians P.O. Box 848508 Hollywood, FL 33084-0508** | | H | | **10/2011** <br> **Medical Services** | | | | **1,183.00** |

Sheet no. __6__ of __7__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**95,643.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **James David McKathan,**
      **Kaylynn Hayman McKathan**
                                           ,

Case No. _____

Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Representing: | | | | |
| **Nationwide Recovery Service P.O. Box 8005 Cleveland, TN 37320-8005** | | | | **Sheridan ER** | | | | **Notice Only** |
| Account No. | | | | **May 5, 2010 Judgment-Business Debt** | | | | |
| **Steve Bush 7440 Rineyville Road Rineyville, KY 40162** | | H | | | | | | **40,000.00** |
| Account No. | | | | Representing: | | | | |
| **Jesse Caedington Scruggs & Carmichael 4041 N.W. 37th Place Suite B Gainesville, FL 32606-6112** | | | | **Steve Bush** | | | | **Notice Only** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet no. __7__ of __7__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **40,000.00**

Total
(Report on Summary of Schedules)    **449,240.21**

B6G (Official Form 6G) (12/07)

In re    **James David McKathan,**                              Case No. _____

        **Kaylynn Hayman McKathan**

                                     Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| | |

**0** continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                             

B6H (Official Form 6H) (12/07)

.

In re    **James David McKathan,**                                                  Case No. _____
         **Kaylynn Hayman McKathan**
_____,
                                    Debtors

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **M & H Training and Sales**<br>**13333 W. Highway 316**<br>**Reddick, FL 32686**<br>  **Business of Debtors** | **Peterson & Smith**<br>**Equine Hospital, LLC**<br>**4747 SW 60th Avenue**<br>**Ocala, FL 34474** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

**B6 Declaration (Official Form 6 - Declaration). (12/07)**

# United States Bankruptcy Court
## Middle District of Florida

In re    **James David McKathan**
     **Kaylynn Hayman McKathan**                                Case No.
                                  Debtor(s)          Chapter    **12**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

       I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of    **25**
sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **January 18, 2013**               Signature    **/s/ James David McKathan**
                                                    **James David McKathan**
                                                    Debtor

Date   **January 18, 2013**               Signature    **/s/ Kaylynn Hayman McKathan**
                                                     **Kaylynn Hayman McKathan**
                                                    Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B 201A (Form 201A) (11/12)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $46 administrative fee, $15 trustee surcharge: Total Fee $306)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $46 administrative fee: Total fee $281)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over

a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1,167 filing fee, $46 administrative fee: Total fee $1,213)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $46 administrative fee: Total fee $246)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
## Middle District of Florida

In re    **James David McKathan**
      **Kaylynn Hayman McKathan**               Case No. _____

                                   Debtor(s)         Chapter    **12**

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

      I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

| | | |
|---|---|---|
| **James David McKathan** | | |
| **Kaylynn Hayman McKathan** | X **/s/ James David McKathan** | **January 18, 2013** |
| Printed Name(s) of Debtor(s) | Signature of Debtor | Date |
| | | |
| Case No. (if known) _____ | X **/s/ Kaylynn Hayman McKathan** | **January 18, 2013** |
| | Signature of Joint Debtor (if any) | Date |

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

Software Copyright (c) 1996-2012 CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

# United States Bankruptcy Court
## Middle District of Florida

In re    **James David McKathan**
       **Kaylynn Hayman McKathan**

Case No. _____

Chapter    **12**

Debtor(s)

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:    **January 18, 2013**

/s/ James David McKathan
**James David McKathan**
Signature of Debtor

Date:    **January 18, 2013**

/s/ Kaylynn Hayman McKathan
**Kaylynn Hayman McKathan**
Signature of Debtor

James David McKathan
P. O. Box 772881
Ocala, FL 34477

Citi
P.O. Box 6500
Sioux Falls, SD 57117-6500

Kahane & Associates, P.A.
8201 Peters Rd Ste 4100
Fort Lauderdale, FL 33324-3267

Kaylynn Hayman McKathan
13401 West Highway 316
Reddick, FL 32686

Citi Bank (South Dakota) N.A
701 E. 60th Street North
Sioux Falls, SD 57117-0432

M & H Training and Sales
13333 W. Highway 316
Reddick, FL 32686

Richard A. Perry
Richard A. Perry, Attorney at Law
820 East Fort King Street
Ocala, FL 34471-2320

Citi Cards
P.O. Box 182564
Columbus, OH 43218-2564

Macy's
P.O. Box 689195
Des Moines, IA 50368-9195

Advanta Credit Cards
P. O. Box 9217
Old Bethpage, NY 11804

Citibank, N.A.
701 East 60th Street North
Sioux Falls, SD 57117

Management Services
Incorporated
P. O. Box 1099
Langhorne, PA 19047

American Express
P.O. Box 360001
Ft. Lauderdale, FL 33336-0001

Community Bank & Trust
of Florida
P.O. Box 1570
Ocala, FL 34478-1570

Marion Heart Associates, P.A
1805 SE Lake Weir Avenue
Ocala, FL 34471-5426

Bank of America
P.O. Box 851001
Dallas, TX 75285-1001

Discover
Bankruptcy Department
P.O. Box 6103
Carol Stream, IL 60197-6103

Massey Services, Inc.
315 Groveland Street
Orlando, FL 32804-4052

CCB
Community Bank
225 East Three Notch Street
P. O. Box 518
Andalusia, AL 36420

Fasig-Tipton
2400 New Town Pike
Lexington, KY 40511

Massey Services, Inc.
10 S.W.  49th Avenue
Building 2
Suite C&D
Ocala, FL 34474

Chase
P.O. Box 15153
Wilmington, DE 19886-5153

Jesse Caedington
Scruggs & Carmichael
4041 N.W. 37th Place
Suite B
Gainesville, FL 32606-6112

Mateer & Harbert, P.A.
7 E. Silver Springs Blvd.
STE 500
7 East Silver Springs Blvd.
Ocala, FL 34470-6603

Chase
Bankruptcy Department
P.O. Box 15145
Wilmington, DE 19850-5145

JPMorgan Chase
Legal Department
P.O. Box 9622
Deerfield Beach, FL 33442-9622

Midwest Feed & Farm
3352 N.W. Blitchton Road
Ocala, FL 34475

Mychal J. Katz, Esq.
Roetzel & Andress, LPA
CNL Center II, 7th Floor
420 S. Orange Avenue
Orlando, FL 32801

Nationwide Recovery Service
P.O. Box 8005
Cleveland, TN 37320-8005

Northstar Location Services
4285 Genesee Street
Cheektowagna, NY 14225-1943

Ocala Regional
Medical Center
P.O. Box 9940
Louisville, KY 40269-0400

Peterson & Smith
Equine Hospital, LLC
4747 SW 60th Avenue
Ocala, FL 34474

PNC Legal Department
249 5th Avenue
21st Floor
Pittsburgh, PA 15222

Seterus
Bankruptcy Department
P.O. Box 4128
Beaverton, OR 97076-4128

Sheridan ER
Physicians
P.O. Box 848508
Hollywood, FL 33084-0508

Springleaf Financial Service
200 N.E. 25th Avenue
Ocala, FL 34470-7041

Steve Bush
7440 Rineyville Road
Rineyville, KY 40162

SunTrust Bank
P. O. Box 4418
Atlanta, GA 30302

SunTrust Bank
Bankruptcy Department
P.O. Box 85041
Richmond, VA 23285-5041

West Asset Management, Inc.
Bankruptcy Department
P.O. Box 105698
Atlanta, GA 30348-5698

West Asset Managment, Inc.
P. O. Box 790113
Saint Louis, MO 63179-0113

Zwicker & Associates
10550 Deerwood Park Blvd.
Bldg. 300
Suite 300
Jacksonville, FL 32256

# United States Bankruptcy Court
## Middle District of Florida

In re  **James David McKathan**
**Kaylynn Hayman McKathan**

Case No. _____

_____
Debtor(s)

Chapter  **12**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **8,000.00** |
| Prior to the filing of this statement I have received | $ | **8,000.00** |
| Balance Due | $ | **0.00** |

2.  $ **246.00**  of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ■ Debtor    ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ■ Debtor    ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:  **January 18, 2013**

**/s/ Richard A. Perry**
**Richard A. Perry 394520**
**Richard A. Perry, Attorney at Law**
**820 East Fort King Street**
**Ocala, FL 34471-2320**
**352-732-2299  Fax: 1-352-458-4297**
**richardperry@richard-a-perry.com**