UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

In re:

James David McKathan,
Kaylynn Hayman McKathan,

Debtors.

Case 3:13-bk-00293-JAF
Chapter 12

**NOTICE OF WITHDRAWAL
OF
MOTION TO MODIFY CONFIRMED CHAPTER 12 PLAN
AND
SIXTH AMENDED MODIFIED CONFIRMED CHAPTER 12 PLAN**

Debtors, James David McKathan and Kaylynn Hayman McKathan give notice that they withdraw their Motion to Modify Confirmed Chapter 12 Plan [Doc.215] and their Sixth Amended Modified Confirmed Chapter 12 Plan [Doc.213].

**CERTIFICATE OF SERVICE**

Date of Service: June 19, 2020

I certify that on the date of service indicated above, the foregoing document, was served on the parties listed by below by U.S. first class mail postage prepaid, except for those who are CM/ECF users: All those listed on the attached mail matrix.

RICHARD A. PERRY P.A.
Law Practice

/s/ Richard A. Perry
RICHARD A. PERRY
Fl. Bar No. 394520
820 East Fort King Street
Ocala, FL 34471-2320
352-732-2299
richard@rapocala.com

Attorney for the Debtors

1

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-3<br>Case 3:13-bk-00293-JAF<br>Middle District of Florida<br>Jacksonville<br>Tue Aug 11 16:17:33 EDT 2020 | CCB Community Bank<br>c/o Keith L. Bell, Jr., Esq.<br>Clark Partington Hart<br>106 East College Ave., Suite 600<br>Tallahassee, FL 32301-7721 | D. Michael Bush as Trustee of the Steven H.<br>7786 Austin Tracy Rd.<br>Fountain Run, KY 42133-8502 |
| Federal National Mortgage Association<br>Kahane and Associates, P.A.<br>8201 Peters Road<br>Suite 3000<br>Plantation, FL 33324-3292 | James David McKathan<br>P. O. Box 908<br>Williston, FL 32696-0908 | Kaylynn Hayman McKathan<br>PO Box 908<br>Williston, FL 32696-0908 |
| Nationstar Mortgage LLC dba Mr. Cooper<br>c/o Kahane and Associates, P.A.<br>8201 Peters Road Suite 3000<br>Plantation, FL 33324-3292 | Recovery Management Systems Corp.<br>Attn: Ramesh Singh<br>25 SE Second Avenue, Ste 1120<br>Miami, FL 33131-1605 | ST Southeast, LLC<br>c/o Gulfstream Capital Loan Servicing<br>26719 Pleasant Park Road<br>Suite 200<br>Conifer, CO 80433-7753 |
| Select Portfolio Servicing, INC, As Servicin<br>3815 South West Temple<br>Salt Lake City, UT 84115-4412 | Springleaf Home Equity, Inc. f/k/a American<br>c/o John C. Englehardt, P. A.<br>1524 East Livingston St.<br>Orlando, FL 32803-5436 | SunTrust Bank<br>c/o W. Glenn Jensen<br>P.O. Box 6507<br>Orlando, FL 32802-6507 |
| Sunshine Stables, LLC<br>Attn: W. Kirk Wycoff<br>6216 Sheaff Lane<br>Fort Washington, PA 19034-1819 | U.S. Bank Trust National Association as Trus<br>Ghidotti Berger, LLP<br>1031 North Miami Beach Blvd<br>North Miami Beach, FL 33162-3842 | Advanta Bank Corporation -<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 |
| Advanta Credit Cards<br>P. O. Box 9217<br>Old Bethpage, NY 11804-9017 | American Express<br>P.O. Box 360001<br>Ft. Lauderdale, FL 33336-0001 | Bank of America<br>P.O. Box 851001<br>Dallas, TX 75285-1001 |
| CCB -<br>Community Bank<br>225 East Three Notch Street<br>P. O. Box 518<br>Andalusia, AL 36420-1210 | (p)JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | Citi<br>P.O. Box 6500<br>Sioux Falls, SD 57117-6500 |
| Citi Bank (South Dakota) N.A<br>701 E. 60th Street North<br>Sioux Falls, SD 57104-0432 | (p)CITIBANK<br>PO BOX 790034<br>ST LOUIS MO 63179-0034 | Citibank, N.A.<br>701 East 60th Street North<br>Sioux Falls, SD 57104-0493 |
| Community Bank & Trust<br>of Florida<br>P.O. Box 1570<br>Ocala, FL 34478-1570 | D. Michael Bush, as Trustee Irrevocable Trus<br>7786 Austin Tracy Rd.<br>Fountain Run, KY 42133-8502 | Department Stores National Bank/Macys -<br>Bankruptcy Processing<br>Po Box 8053<br>Mason, OH 45040-8053 |
| Discover<br>Bankruptcy Department<br>P.O. Box 6103<br>Carol Stream, IL 60197-6103 | FIA CARD SERVICES, N.A. -<br>4161 Piedmont Parkway<br>NC4 105 03 14<br>Greensboro, NC 27410 | Fasig-Tipton<br>2400 New Town Pike<br>Lexington, KY 40511-8469 |

| | | |
|---|---|---|
| Federal National Mortgage Association<br>c/o Seterus, Inc.<br>P O Box 2206<br>Grand Rapids, MI 49501-2206 | Florida Dept. of Revenue<br>Bankruptcy Unit<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 | GE Capital Retail Bank -<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 |
| Internal Revenue Service -<br>PO Box 7346<br>Philadelphia, PA  19101-7346 | James David McKathan<br>5582 N.W. 61st Avenue<br>Ocala, FL 34482-2669 | Jesse Caedington<br>Scruggs & Carmichael<br>4041 N.W. 37th Place<br>Suite B<br>Gainesville, FL 32606-6112 |
| Kahane & Associates, P.A.<br>8201 Peters Rd Ste 4100<br>Fort Lauderdale, FL 33324-3267 | M & H Training and Sales<br>13333 W. Highway 316<br>Reddick, FL 32686-2807 | Macy's<br>P.O. Box 689195<br>Des Moines, IA 50368-9195 |
| Management Services<br>Incorporated<br>P. O. Box 1099<br>Langhorne, PA 19047-6099 | Marion County Tax Collector -<br>P.O. Box 970<br>Ocala FL 34478-0970 | Marion Heart Associates, P.A<br>1805 SE Lake Weir Avenue<br>Ocala, FL 34471-5426 |
| Massey Services, Inc.<br>10 S.W.  49th Avenue<br>Building 2<br>Suite C&D<br>Ocala, FL 34474-1825 | Massey Services, Inc.<br>315 Groveland Street<br>Orlando, FL 32804-4052 | Mateer & Harbert, P.A.<br>7 E. Silver Springs Blvd.<br>STE 500<br>7 East Silver Springs Blvd.<br>Ocala, FL 34470-6603 |
| Midwest Feed & Farm<br>aka Midwest Hay, Inc.<br>P.O. Box 1868<br>Ocala, FL 34478-1868 | Mychal J. Katz, Esq.<br>Roetzel & Andress, LPA<br>CNL Center II, 7th Floor<br>420 S. Orange Avenue<br>Orlando, FL 32801-3313 | Nationstar Mortgage LLC DBA Mr. Cooper, -<br>P.O. Box 619096,<br>Dallas, TX 75261-9096 |
| (p)NATIONWIDE RECOVERY SERVICE<br>545 W INMAN ST<br>CLEVELAND TN 37311-1768 | Northstar Location Services<br>4285 Genesee Street<br>Cheektowagna, NY 14225-1943 | Ocala Regional<br>Medical Center<br>P.O. Box 9940<br>Louisville, KY 40269-0400 |
| Ocala Regional Medical C -<br>Resurgent Capital Services<br>PO Box 1927<br>Greenville, SC 29602-1927 | PNC Bank -<br>P.O. Box 94982<br>Cleveland, OH 44101-4982 | PNC Legal Department<br>249 5th Avenue<br>21st Floor<br>Pittsburgh, PA 15222-2707 |
| Peterson & Smith<br>Equine Hospital, LLC<br>4747 SW 60th Avenue<br>Ocala, FL 34474-4315 | Recovery Management Systems Corporation<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | (p)SPRINGLEAF FINANCIAL SERVICES<br>P O BOX 3251<br>EVANSVILLE IN 47731-3251 |
| ST Southeast, LLC<br>c/o Gulfstream Capital Loan Servicing<br>26719 Pleasant Park Road, Suite 200<br>Conifer, CO 80433-7753<br>Attn: Barney Funk | Seterus<br>Bankruptcy Department<br>P.O. Box 4128<br>Beaverton, OR 97076-4128 | Sheridan ER<br>Physicians<br>P.O. Box 848508<br>Hollywood, FL 33084-0508 |

| | | |
|---|---|---|
| Springleaf Financial Services<br>Serviced by Select Portfolio Servicing,<br>3815 South West Temple<br>Salt Lake City, UT 84115-4412 | Steve Bush<br>7440 Rineyville Road<br>Rineyville, KY 40162-9739 | SunTrust Bank -<br>Attn. Support Services<br>P.O. Box 85092<br>Richmond, VA 23286-0001 |
| SunTrust Bank<br>Bankruptcy Department<br>P.O. Box 85041<br>Richmond, VA 23285-5041 | SunTrust Bank<br>P. O. Box 4418<br>Atlanta, GA 30302-4418 | SunTrust Bank -<br>c/o Jacob A. Brown, Esq.<br>50 North Laura Street, Suite 3100<br>Jacksonville, FL 32202-3659 |
| SunTrust Bank<br>c/o W. Glenn Jensen, Esq.<br>Roetzel & Andress, LPA<br>P.O. Box 6507<br>Orlando, FL 32802-6507 | Sunshine Stables, LLC -<br>c/o W. Kirk Wycoff<br>6216 Sheaff Lane<br>Fort Washington, PA 19034-1819 | Synchrony Bank -<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk VA 23541-1021 |
| US Bank NA -<br>C/O SN Servicing Corp.<br>323 5th Street<br>Eureka, CA 95501-0305 | United States Attorney<br>300 North Hogan St Suite 700<br>Jacksonville, FL 32202-4204 | United States Trustee<br>135 W Central Blvd, Suite 620<br>Orlando, FL 32801-2476 |
| West Asset Management, Inc.<br>Bankruptcy Department<br>P.O. Box 105698<br>Atlanta, GA 30348-5698 | West Asset Managment, Inc.<br>P. O. Box 790113<br>Saint Louis, MO 63179-0113 | Zwicker & Associates<br>10550 Deerwood Park Blvd.<br>Bldg. 300<br>Suite 300<br>Jacksonville, FL 32256-2805 |
| John C Englehardt +<br>John C. Englehardt, P. A.<br>P. O. Box 536174<br>Orlando, FL 32853-6174 | Richard A. Perry +<br>Richard A Perry, Attorney at Law<br>820 East Fort King Street<br>Ocala, FL 34471-2320 | Jacob A. Brown +<br>Akerman LLP<br>50 North Laura Street<br>Suite 3100<br>Jacksonville, FL 32202-3659 |
| Geoffrey J Peters +<br>Weltman Weinberg & Reis Co LPA<br>3705 Marlane Drive<br>Grove City, OH 43123-8895 | United States Trustee - JAX 13/7 7 +<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 | Gregg S Ahrens +<br>Kahane & Associates, PA<br>8201 Peters Road, Suite 3000<br>Plantation, FL 33324-3292 |
| Dustin D. Deese +<br>Dustin D. Deese, P.A.<br>Post Office Box 1720<br>Dade City, FL 33526-1720 | Marc G Granger +<br>Kahane and Associates<br>8201 Peters Road, Suite 3000<br>Plantation, FL 33324-3292 | Keith L Bell Jr +<br>Clark Partington Hart<br>Post Office Box 13010<br>Pensacola, FL 32591-3010 |
| Lynn M Barrett +<br>Office of Chief Counsel, IRS<br>400 W. Bay Street, Suite 240<br>Jacksonville, FL 32202-4410 | Mychal J Katz +<br>Roetzel & Andress LPA<br>Post Office Box 6507<br>Orlando, FL 32802-6507 | Taji S. Foreman +<br>Kahane and Associates<br>8201 Peters Road, Suite 3000<br>Plantation, FL 33324-3292 |
| Douglas W Neway - Chapter 12 Trustee +<br>Post Office Box 4308<br>Jacksonville, FL 32201-4308 | Nicole Mariani Noel +<br>Kass Shuler, P.A.<br>PO Box 800<br>Tampa, FL 33601-0800 | Chase A Berger +<br>Ghidotti Berger, LLP<br>1031 North Miami Beach Boulevard<br>North Miami Beach, FL 33162-3842 |

| | | |
|---|---|---|
| Leslie Rushing + <br> Quintairos, Prieto, Wood & Boyer, P.A. <br> 1475 Centerpark Blvd., Suite 130 <br> West Palm Beach, FL 33401-7424 | Laura G Lothman + <br> United States Attorney's Office <br> 300 North Hogan Street <br> Jacksonville, FL 32202-4204 | Michelle R Ghidotti + <br> Ghidotti Berger LLP <br> 1920 Old Tustin Avenue <br> Santa Ana, CA 92705-7811 |
| Barbara A Fein + <br> Silverang Rosenzweig & Haltzman, LLC <br> Woodlands Center <br> 900 East 8th Avenue, Suite 300 <br> King of Prussia, PA 19406-1347 | Christophal C. K. Hellewell + <br> Ghidotti Berger, LLC <br> 1031 North Miami Beach Boulevard <br> Miami, FL 33162-3842 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Chase <br> Bankruptcy Department <br> P.O. Box 15145 <br> Wilmington, DE 19850-5145 | (d)Chase <br> P.O. Box 15153 <br> Wilmington, DE 19886-5153 | Citi Cards <br> P.O. Box 182564 <br> Columbus, OH 43218-2564 |
| (d)JPMorgan Chase <br> Legal Department <br> P.O. Box 9622 <br> Deerfield Beach, FL 33442-9622 | Nationwide Recovery Service <br> P.O. Box 8005 <br> Cleveland, TN 37320-8005 | SPRINGLEAF FINANCIAL SERVICES <br> 2533 WINDGUARD CIR STE 101 <br> WESLEY CHAPEL, FL 33544 |
| (d)Springleaf Financial Service <br> 200 N.E. 25th Avenue <br> Ocala, FL 34470-7041 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Jerry A. Funk <br> Jacksonville | (u)IRS/USA | (u)Midwest Hay, Inc. |
| (u)PNC BANK | (u)U.S. Bank Trust National Association, as T | (u)US Bank Trust NA |
| (u)U.S. Bank Trust National Association, as - <br> Trustee of the Igloo Series II Trust | (u)Note: Entries with a '+' at the end of the <br> name have an email address on file in CMECF <br> -------------------------------------------- <br> Note: Entries with a '-' at the end of the <br> name have filed a claim in this case | End of Label Matrix <br> Mailable recipients   94 <br> Bypassed recipients    8 <br> Total                102 |