**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: | Case 3:13-bk-00293-JAF |
| | Chapter 13 |
| James David McKathan, | |
| aka David McKathan | |
| aka M & H Training and Sales | |
| aka Grassroots Training and Sales, | |
| | |
| Kaylynn Hayman McKathan | |
| aka Martha K Hayman | |
| aka Martha Kaylynn Hayman | |
| aka M & H Training and Sales | |
| aka Kaylynn Hayman McKathan | |
| | |
|         Debtor. | |

## NOTICE OF APPEARANCE

The undersigned give notice of appearance as additional counsel for Debtors, pursuant to Fed. R. Bankr. P. 9010(b), and requests that all notices, papers, pleadings, and correspondence filed or noticed in this case be served upon her pursuant to Fed. R. Bankr. P. 2002.

                                            COURTNEY D. DURHAM, P.A.
                                            Law Practice

                                            /s/ Courtney D. Durham
                                            COURTNEY D. DURHAM
                                            Fla. Bar No. 834041
                                            PO Box 3992
                                            Ocala, Florida 34478
                                            352-732-2299
                                            courtney@rapocala.com

                                            Attorney for Debtors